# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ERICKSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No.: 2:22-cv-03004-MCS-KS<br><br>District Judge: Mark C. Scarsi<br><br>**ORDER ON STIPULATION (ECF No. 39)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff KATHERINE ERICKSON and Defendant FCA US, LLC have agreed Defendant will pay $9,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to satisfy Plaintiff's reasonable fees, costs, and expenses for $9,500.00 within 60 days of entry of this Order. Plaintiff will dismiss the case with prejudice within 10 business days following satisfaction of funding.

**IT IS SO ORDERED.**

Date: June 8, 2023

_____
Mark C. Scarsi
United States District Judge

1

~~[PROPOSED]~~ ORDER